

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00572-CV

Bobby **HOLLY** and Dolores Holly,
Appellants

v.

**NEWBERRY RANCHES OF TEXAS LLC**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34257
Honorable Enrique Fernandez, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we REVERSE the judgment of the trial court. We DISSOLVE the permanent injunction and REMAND the case to the trial court for further proceedings consistent with this opinion.

Costs of this appeal are taxed against appellee Newberry Ranches of Texas LLC.

SIGNED August 31, 2022.

Luz Elena D. Chapa, Justice